

**FILED**

JAN 2 2018

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

              Plaintiff,

   v.

MARIANA LEZAMA-ROSAS,

              Defendant.

Case No.: 17-CR-2888-BTM

**ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE**

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: ~~December~~ _May_ 2 , 2017

_____
HONORABLE BARRY T. MOSKOWITZ
United States District Judge